# SUPERIOR COURT OF NEW JERSEY
## APPELLATE DIVISION

**JOSEPH H. ORLANDO**
CLERK

**JOHN K. GRANT**
DEPUTY CLERK

**MARIE C. HANLEY**
CHIEF COUNSEL



**RICHARD J. HUGHES JUSTICE COMPLEX**
**P.O. BOX 006**
**TRENTON, NEW JERSEY 08625-0006**
**(609) 292-4822**

DATE: August 9, 2017

TO: ALL COUNSEL OF RECORD

TITLE:  STATE V. JOSHUA J. GIBSON
DOCKET: NO. A-003305-15T4
OPINION FILED: July 11, 2017

Dear Counsel:

The opinion filed in the above matter was found to need typographical, grammatical or substantive change(s). As a consequence, at the direction of the court, please substitute the enclosed copy of the opinion. If you have any questions, please contact the Clerk's Office at 609-984-0885.

On Page 5, Lines 3-6 should be revised to read as follows:

We apply the same standard as the trial court, and review its decision de novo. Waters, supra, 439 N.J. Super. at 226. We must hew to that standard of review.

JOSEPH H. ORLANDO
CLERK

Enclosure(s)

cc: WestGroup
  Lexis/Nexis

F-Disp-4(rev 9/06)